# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAROSLAV SURIS, on behalf of himself and all others similarly situated,<br><br>                  **Plaintiff,**<br><br>-against-<br><br>TMZ PRODUCTIONS, INC. d/b/a TMZ d/b/a TMZ.com, EHM PRODUCTIONS, INC. d/b/a TMZ d/b/a TMZ.com, WARNER BROS. ENTERTAINMENT INC. and JOHN DOE CORPORATIONS AND LIMITED LIABILITY COMPANIES 1-10,<br><br>                  **Defendants.** | 1:19-cv-01417-PKC-CLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yaroslav Suris and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendants.

Dated: Great Neck, New York
       July 18, 2019

                                              **/s/** Mitchell Segal

                                          Mitchell Segal, Esq.
                                          Law Offices of Mitchell Segal P.C.
                                          Attorney for Plaintiff
                                          1010 Northern Boulevard, Suite 208
                                          Great Neck, NY 11021
                                          (516) 415-0100